IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES DAVID OWENBY, | : | PRISONER CIVIL RIGHTS |
| GDC ID 1253921, | : | 42 U.S.C. § 1983 |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-3884-WSD-CMS |
| COBB COUNTY JAIL et al., | : | |
|    Defendants. | : | |

## FINAL REPORT AND RECOMMENDATION

By Order dated October 24, 2016, the undersigned directed state inmate James David Owenby to (A) sign and resubmit his civil rights complaint and (B) either (i) pay the $400 due in case initiation fees or (ii) submit a fully-completed application for permission to proceed *in forma pauperis* within fourteen days. *See* [3] at 1-2. The undersigned explicitly advised Owenby that failure to comply might result in dismissal. *See id.* at 3 (citing LR 41.3A(2), NDGa.).

As of November 21, 2016, Owenby had not responded.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE** because Owenby has failed or refused to comply with a lawful court order. *See* LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 23rd day of November, 2016.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE